|   |   |
|---|---|
| 1 | J. AL LATHAM, JR. (SB# 71605) |
|   | allatham@paulhastings.com |
| 2 | CHRISTINA L. MCENERNEY (SB# 186407) |
|   | christinamcenerney@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 515 South Flower Street |
| 4 | Twenty-Fifth Floor |
|   | Los Angeles, CA  90071-2228 |
| 5 | Telephone:  (213) 683-6000 |
|   | Facsimile:  (213) 627-0705 |
| 6 |   |
|   | Attorneys for Defendant |
| 7 | AT&T CORP. |
| 8 |   |
| 9 | STUART I. GOLDWARE, 76560 |
|   | MICHELLE R. FERBER, 149929 |
| 10 | ELLEN P. ROSENBLUTH, 196814 |
|   | FRANKEL & GOLDWARE, LLP |
| 11 | 6111 Bollinger Canyon Road, Suite 475 |
|   | San Ramon, CA 94583 |
| 12 | (925) 355-9800 |
|   | (925) 355-9801  FAX |
| 13 | Attorneys for Plaintiff |
|   | BRENDA J. NASSER |
| 14 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRENDA J. NASSER, | CASE NO. CV 05-05426 PJH |
|---|---|
| Plaintiff, | **STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [P~~ROPOSED~~] ORDER** |
| vs. |   |
| AT&T CORP., a New York Corporation, and DOES 1 through 50, inclusive, |   |
| Defendants. |   |

This Stipulation is entered into by and between Plaintiff Brenda J. Nasser and Defendant AT&T Corp., through their respective counsel, as follows:

WHEREAS, the Court scheduled this matter for a Case Management Conference on May 25, 2006 at 2:30 p.m. in Courtroom No. 3;

WHEREAS, Defendant arranged for the associate assigned to this case, Gayle Goldman, to appear at the status conference, but determined today that she cannot do so because she is not admitted to practice in the Northern District.

WHEREAS, trial counsel for Defendant, J. Al Latham, Jr. is out-of-town on business on May 25, 2006, and Christina L. McEnerney, is scheduled to appear on May 25, 2006 at 9:00 a.m. in the California Court of Appeal, Second Appellate District in Los Angeles, California for oral argument in the case of *Vicki E. Pollock, Ph.D. v. University of Southern California*;

WHEREAS, Defendant inquired about having Ms. McEnerney attend by telephone, but was advised by the Court clerk that it was necessary for trial counsel to appear in person;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that, upon approval by the Court:

The Case Management Conference is continued to June 15, 2006 at 2:30 p.m. in Courtroom No. 3.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: May 24, 2006      J. AL LATHAM, JR.
                         CHRISTINA L. MCENERNEY
                         PAUL, HASTINGS, JANOFSKY & WALKER LLP


                         By: /s/
                         _____
                              CHRISTINA L. MCENERNEY

                         Attorneys for Defendant
                         AT&T CORP.


DATED: May 24, 2006      FRANKEL & GOLDWARE, LLP


                         By: /s/
                         _____
                              MICHELLE R. FERBER

                         Attorneys for Plaintiff
                         BRENDA J. NASSER

Case No. CV 05-05426 PJH                -2-              STIPULATION RE CONTINUANCE OF
LEGAL_US_W # 53637796.1                                  CASE MANAGEMENT CONFERENCE

# [PROPOSED] ORDER

Based upon the foregoing Stipulation and good cause appearing therefore,

IT IS ORDERED AS FOLLOWS:

The Case Management Conference is continued to June 15, 2006, or a date convenient to the Court's calendar thereafter, at 2:30 p.m. in Courtroom 3.

5/25/06
Dated                                    Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Case No. CV 05-05426 PJH
LEGAL_US_W # 53637796.1

STIPULATION RE CONTINUANCE OF
CASE MANAGEMENT CONFERENCE